UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **PROGRESSIVE HAWAII INSURANCE CORP.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **JOSHUA SKIBA, TIFFANY GAMBLE, AND STEVEN HOLMES,** | CASE NO: 16-2078-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiff's Motion For Summary Judgment entered on May 16, 2017, the Plaintiff's Motion for Summary Judgment is GRANTED and the parties' Joint Motion to Continue is DENIED AS MOOT.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/16/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk